Adkins v. State.........................19070
Baker-Evans Ice Cream Co. v. Tedesco..19071
Braun & Kipp v. Averdick............190061
Byers v. Rugg .........................19066
Cline v. Wells ........................19065
Herring Motor Car Co. v. Staas........19062
Industrial Com. v. Berry .............19063
Krieger v. La Bounty ..................19068
Lincoln Elect. Co. v. Forest Cy. Paint Co. 19061
Massello v. Brill ......................19072
Penna. R. Co. v. Marti ...............19067
Rodovich v. State .....................19073
State ex v. Swisher et ...............19069

### APRIL 8, 1925

19061—Lincoln Electric Co v. Forest City Paint & Varnish Co; Motion to certify to Cuyahoga Appeals. Griswold & Green and Palmer & Hadden, Cleveland, for pltf; Squire, Sanders & Dempsey, Cleveland, for deft.

19062—Herring Motor Car Co v. Ozro Staas, an infant, by Wilson Staas, etc; Motion to certify to Allen Appeals. C. H. Henkel, Mansfield, and Roby & Jackson, Lima, for pltf.

19063—Industrial Commission v. Grace Berry; Motion to certify to Lake Appeals. C. C. Crabbe, and R. R. Zurmehly, for pltf; Giblin & Giblin, Painesville, for deft.

### APRIL 9, 1925

19064—A. M. Braun and G. J. Kipp v. Anna Averdick; motion to certify to Hamilton Appeals. Dorger & Dorger, Allen C. Roudebush, Cincinnati, for pltf; Jackson & Woodward, Cincinnati, for deft.

19065—William Cline v. Charles A. Wells; motion to certify to Hocking Appeals. Pettit & Pettit, H. M. Whitecraft, Logan, attys for pltf; Hogan, Hogan, Hogan & Hogan, Columbus, Edwin D. Ricketts, Logan, for deft.

19066—George Byers v. John R. Rugg; motion to certify to Franklin Appeals. Wilson & Rector, Columbus, for pltf; Daniel Clotts, Columbus, for deft.

### APRIL 11, 1925

19067—Pennsylvania Railroad Co. v. Charles F. Marti; motion to certify to Lucas Appeals. Frazier, Hiett & Wall, Toledo, for pltf; Chas. A. Thatcher and Chester A. Meck, Toledo, for deft.

19068—Edward H. Krieger, personally, and Edward H. Krieger, as Executor v. Irwin F. La Bounty, Adm. Motion to certify to Lucas Appeals. Frazier, Hiett & Wall, and Ashbrook & O'Harra, Toledo, for plts; Chas. A. Thatcher and C. A. Meck, Toledo, for deft.

### APRIL 13, 1925

19069—State of Ohio ex rel Lamb v. Rollan Swisher and William Bundy, as Civil Service Com. In Mandamus. Jos McGhee and A. L. Rowe, Columbus, for pltf.

19070—Jason Adkins v. State of Ohio; motion to file pet err to Scioto Appeals. Blair & Blair, Portsmouth, for pltf; S. A. Skelton, Pros Atty., Portsmouth, for deft.

19071—Baker-Evans Ice Cream Co., (a corp) d. b. a. Evans Hygrade Ice Cream, v. Elizabeth Tedesco, infant; Motion to certify to Mahoning Appeals. Wilson, Hahn, Henderson & Wilson, Youngstown, for pltf; Knight & Gluck, Youngstown, for deft.

19072—Louis Massello v. John Brill; Motion to certify Summit Appeals. Carl M. Myers, Akron, for pltf.; E. L. Laushell, Akron, for deft.

19073—Stanley Rodovich v State of Ohio; motion to file pet err to Summit Appeals. Musser, Kimber & Huffman, Akron, for pltf.; A. Walter Booth, Pros. Atty., Akron, for deft.

## PROCEEDINGS OF
## SUPREME COURT

### WEEKLY REPORT OF
### CASES DECIDED
### TUESDAY, APRIL 14, 1925
### GENERAL DOCKET

18618—A. R. Mueller, d. b. a. etc., v. Culver Eyman, a minor, error to Cuyahoga Appeals. Appeals reversed and Common Pleas affirmed Marshall, C. J. Jones, Matthias,( Day, Allen, Kinkade and Robison JJ. concur. OA 2 Abs. 490; Dock. 6-2-24, 2 Abs. 387.

18654—P. C. C. & St. L. Rd. Co. v. Edmund O Luthy, Admr., error to Hamilton Appeals. Reversed. Marshall, C. J. Matthias, Day, Allen, Kinkade and Robinson, J. J. concur. Dock. 6-14-24, 2 Abs. 420.

18794—Thomas Hanna v. C. W. Stoll; error to Cuyahoga Appeals. Reversed. Marshall, C. J. Jones, Matthias, Day, Allen, Kinkade and Robinson, J. J. concur. OA. 2 Abs, 762; Dock 10-8-24, 2 Abs. 626.

18802—State v. Joseph Mehaffy, error to Cuyahoga Appeals. Affirmed, Marshall, C. J. Jones, Matthias, Day, Allen, Kinkade and Robinson, J. J., concur. Dock. 10-23-24; 2 Abs. 674.

18918—State ex Fukushima v. Alfred F. Deckenbach, Auditor of Cincinnati. In Mandamus. Dismissed. Marshall, C. J. Jones, Matthias, Day, Allen Kinkade and Robinson, J. J. concur. Dock 1-17-25, 3 Abs 50.